| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARTOLO JUAREZ,

        Petitioner,

  v.

P. COVELLO, Warden,

        Respondent.

Case No. 2:19-cv-09907-RGK-MAA

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired, and no objections have been submitted.

///
///
///
///
///
///
///

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Petitioner's "Ex Parte Request to Hold the Petition in Abeyance and Stay Federal Proceedings, Points and Authorities in Support" (ECF No. 3) is denied; and (3) Judgment shall be entered denying the Petition and dismissing this action without prejudice.

DATED: March 20, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE