# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO JUAREZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>P. COVELLO, Warden,<br><br>　　　　　Respondent. | Case No. 2:19-cv-09907-RGK-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: March 20, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE